# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAWNEET ABRAMOWSKI, AMANDA ABRAMS, AG MORTGAGE VALUE PARTNERS MASTER FUND, L.P., AG OFCON, LTD., AG SF MASTER (L), L.P., AG TCDRS, L.P., DR. MADELYN ANTONCIC, ARYEH BATALION, BAY POND INVESTORS (BERMUDA) L.P., BAY POND PARTNERS, L.P., WALTER BEACH, BLACKWELL PARTNERS LLC – SERIES A, LESTER BRAFMAN, JOHN BUTLER, EDWARD CAHILL, CENTER FOR RIGHTEOUSNESS & INTEGRITY INC., JOHN CHRYSTAL, BETSY H. COHEN, DANIEL COHEN, COHEN CIRCLE, COHEN AND COMPANY, LLC, ERICA DELFORNO, JEFFREY BLOMSTROM and RAPHAEL LICHT AS TRUSTEES OF DGC FAMILY FINTECH TRUST, RYAN GILBERT, HANCOCK FUNDING, LLC, JONATHAN COHEN AS TRUSTEE OF HEPCO FAMILY TRUST DTD 4/28/11, ITHAN CREEK MASTER INVESTORS (CAYMAN) L.P., JOHN LEE AS TRUSTEE OF JOHN LEE FAMILY TRUST, HERSH KOZLOV, JEREMY KUIPER, JUDITH LEWKEWICH, DIANA LIBERTO, RAPHAEL LICHT, PAUL LICHTMAN, DOUGLAS LISTMAN, DANIEL LONG, JOHN MCGLYNN AS TRUSTEE OF M1 REVOCABLE TRUST, MAIN STREET GLOBAL, LLC, FRANK MASTRANGELO, JAMES J. MCENTEE, III, NANTAHALA CAPITAL PARTNERS LIMITED PARTNERSHIP, NANTAHALA CAPITAL PARTNERS II LIMITED PARTNERSHIP, SHAMI PATEL, JOSEPH POOLER, QUAIL BROOK GS PARTNERS, L.P., ADEEL ROUF, RACHAEL SCHWEON, RICHARD MAIOCCO AS TRUSTEE OF SWARTHMORE TRUST OF 2016, UNION SQUARE PARK INVESTMENTS, LLC, UNION SQUARE PARK PARTNERS, L.P., VELLAR SPECIAL OPPORTUNITIES FUND, LLC – SERIES1, PAUL VERNHES, WILLIAM J. VILLARI, RON WECHSLER, THROOP WILDER, WOLF CREEK INVESTORS (BERMUDA) L.P., AND WOLF CREEK PARTNERS, L.P., | Case No. _____ |

|  |  |
|---|---|
| Plaintiffs, <br><br> v. <br><br> NUVEI CORPORATION and PINNACLE MERGER SUB, INC., <br><br> Defendants. |  |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiffs Pawneet Abramowski, Amanda Abrams, AG Mortgage Value Partners Master Fund, L.P., AG Ofcon, Ltd., AG SF Master (L), L.P., AG TCDRS, L.P., Dr. Madelyn Antoncic, Aryeh Batalion, Bay Pond Investors (Bermuda) L.P., Bay Pond Partners, L.P., Walter Beach, Blackwell Partners LLC – Series A, Lester Brafman, John Butler, Edward Cahill, Center for Righteousness & Integrity Inc., John Chrystal, Betsy H. Cohen, Daniel Cohen, Cohen Circle, Cohen and Company, LLC., Erica DelForno, Jeffrey Blomstrom and Raphael Licht as Trustees of DGC Family FinTech Trust, Ryan Gilbert, Hancock Funding, LLC, Jonathan Cohen as Trustee of Hepco Family Trust dtd 4/28/11, Ithan Creek Master Investors (Cayman) L.P., John Lee as Trustee of John Lee Family Trust, Hersh Kozlov, Jeremy Kuiper, Judith Lewkewich, Diana Liberto, Raphael Licht, Paul Lichtman, Douglas Listman, Daniel Long, John McGlynn as Trustee of M1 Revocable Trust, Main Street Global, LLC, Frank Mastrangelo, James J. McEntee, III, Nantahala Capital Partners Limited Partnership,

2

Nantahala Capital Partners II Limited Partnership, Shami Patel, Joseph Pooler, Quail Brook GS Partners, LP, Rachael Schweon, Richard Maiocco as Trustee of Swarthmore Trust of 2016, Union Square Park Investments, LLC, Union Square Park Partners, L.P., Vellar Special Opportunities Fund, LLC – Series1, Paul Vernhes, William J. Villari, Ron Wechsler, Throop Wilder, Wolf Creek Investors (Bermuda) L.P., and Wolf Creek Partners, L.P. (collectively, "Plaintiffs"), certifies:

1. Plaintiff Cohen & Company, LLC is majority owned by Cohen & Company, Inc., a publicly held corporation.

2. The remaining Plaintiffs have no publicly held parent corporation, and no publicly held corporation owns more than 10% of their stock or membership interests.

Dated: September 1, 2023

 /s/Derrick B. Farrell
Derrick B. Farrell (#5747)
**Bleichmar Fonti & Auld LLP**
3411 Silverside Rd.
Baynard Building, Ste. 104
Wilmington, Delaware 19810
T:  302-499-2158
F:  302-691-1331
dfarrell@bfalaw.com

*Counsel for Plaintiffs*