IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PAWNEET ABRAMOWSKI et al.,

                Plaintiffs,

        v.

NUVEI CORPORATION and PINNACLE
MERGER SUB, INC.,

              Defendants.

C.A. No. 23-965-GBW

---

## ORDER

At Wilmington this 17th day of October, 2024, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss the Amended Complaint (D.I. 11) is **GRANTED**;

2. Plaintiffs' Motion for Summary Judgment (D.I. 19) is **DENIED-AS-MOOT**;

3. Within seven (7) days of this Order, each party shall file with the Court a letter, not to exceed three (3) pages, asserting whether the Court should impose any sanctions pursuant Rule 11(b) of the Federal Rules of Civil Procedure and providing any relevant support for their assertion in law or fact. If any party asserts that the Court should impose sanctions, the opposing party may file an opposing letter within seven (7) days of the first letter. If no parties assert that the Court should impose sanctions, the parties shall meet and confer and jointly file a proposed final judgment within fourteen (14) days of this Order.

                                  _____
                                  GREGORY B. WILLIAMS
                               UNITED STATES DISTRICT JUDGE