

3411 Silverside Rd.
Baynard Building, Ste. 104
Wilmington, DE 19810

Derrick B. Farrell
Direct:  302.499.2112
Fax:  302.691.1331
dfarrell@bfalaw.com

October 23, 2024

**VIA CM/ECF**

The Honorable Gregory B. Williams
Ununted States District Judge
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

Re:      *Abramowski et al. v. Nuvei Corporation et al.,* C.A. No. 23-cv-0965 (GBW)

Dear Judge Williams:

We write on behalf of Plaintiffs Pawneet Abramowski, *et al.* ("Plaintiffs") pursuant to the Court's October 17, 2024 Memorandum Opinion (ECF No. 28) and Order (ECF No. 29) directing the parties to submit individual letters to the Court addressing the proposal of sanctions under Rule 11(b) of the Federal Rules of Civil Procedure.  Plaintiffs do not intend to seek sanctions pursuant to Rule 11(b) against Defendants or Defendants' counsel.

We appreciate Your Honor's attention to this matter, and counsel are available at the Court's convenience if Your Honor has any questions.

Respectfully,

*/s/ Derrick B. Farrell*

Derrick B. Farrell (#5747)

CC:
All Counsel of Record (via cm/ecf)