IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAWNEET ABRAMOWSKI et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NUVEI CORPORATION and PINNACLE MERGER SUB, INC.,<br><br>Defendants. | C.A. No. 23-965-GBW |

## JUDGMENT

For the reasons set forth in the Court's October 17, 2024 Memorandum Opinion (D.I. 28), and consistent with the Court's Order of the same date (D.I. 29),

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Federal Rule of Civil Procedure 58, judgment be and is hereby entered in favor of Defendants and against Plaintiffs. The Clerk of the Court is instructed, therefore, to enter final judgment in Defendants' favor and CLOSE THIS CASE.

Dated: November 1, 2024

_____
GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE