IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAWNEET ABRAMOWSKI, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NUVEI CORPORATION and<br>PINNACLE MERGER SUB, INC.,<br><br>Defendants. | C.A. No. 1:23-cv-00965-GBW |

## NOTICE OF APPEAL

Notice is hereby given that all plaintiffs hereby appeal to the United States Court of Appeals for the Third Circuit from the Memorandum Opinion (D.I. 28) and Order (D.I. 29) of the District Court entered in this action on October 17, 2024, and the Judgement entered on November 1, 2024 (D.I. 33).

Dated: November 15, 2024

*Of Counsel:*

Javier Bleichmar
Evan A. Kubota
Thayne Stoddard
BLEICHMAR FONTI & AULD LLP
300 Park Ave, Suite 1301
New York, New York 10022
Tel: (212) 789-1340
jbleichmar@bfalaw.com
ekubota@bfalaw.com
tstoddard@bfalaw.com

/s/ Derrick B. Farrell
Derrick B. Farrell (#5747)
Robert B. Lackey (#6843)
BLEICHMAR FONTI & AULD LLP
3411 Silverside Rd.
Baynard Building, Ste. 104
Wilmington, DE 19810
Tel: (302) 499-2158
dfarrell@bfalaw.com
rlackey@bfalaw.com

*Counsel for Plaintiffs*